MARY SAINTSING, PETITIONER-RESPONDENT, v. STEIN-BACH COMPANY, DEFENDANT-APPELLANT.

Argued May 16, 1949—Decided May 23, 1949.

*Mr. George F. Lahey, Jr. (Messrs. Lahey & Cockeler,* attorneys) argued the cause for the appellant.

*Mr. Isidor Kalisch (Mr. Mortimer Wald,* attorney) argued the cause for the respondent.

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Jacobs in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.